# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 23, 2018

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  Carlo J. Marinello, II
            v.  United States,
           No. 16-1144 (Your docket No. 15-2224)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                      Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                      By  *[signature]*

                                      Herve' Bocage
                                      Judgments/Mandates Clerk

Enc.
cc:    Mr. Matthew S. Hellman, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 23, 2018

Mr. Matthew S. Hellman, Esq.
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001

      Re:    Carlo J. Marinello, II
             v.  United States,
            No. 16-1144

Dear Mr. Hellman:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                        Sincerely,

                        SCOTT S. HARRIS, Clerk

                        By  *[signature]*

                        Herve' Bocage
                        Judgments/Mandates Clerk

Enc.
cc:    All attorneys of record
       Clerk, USCA 2nd Circuit
            (Your docket No. 15-2224)

# Supreme Court of the United States

No. 16-1144

**CARLO J. MARINELLO, II,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

March 21, 2018



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp