# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand eighteen.

Present:  Rosemary S. Pooler,
          Robert D. Sack,
              *Circuit Judges*,
          Katherine Polk Failla,
              *District Judge*.[1]

———————

United States of America,

      *Appellee*,

      v.                                 No. 15-2224

Carlo J. Marinello, II,

      *Defendant - Appellant*.

———————

In light of the Supreme Court's decision in *Marinello v. United States*, 138 S.Ct. 1101 (2018) it is hereby ORDERED that the mandate is recalled and the case is reinstated. It is further ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The mandate shall issue forthwith.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk

---

[1] Judge Katherine Polk Failla, of the United States District Court for the Southern District of New York, sitting by designation.