**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand eighteen.

Present:  Rosemary S. Pooler,
Robert D. Sack,
*Circuit Judges*,
Katherine Polk Failla,
*District Judge.*[1]

_____

United States of America,

*Appellee*,

v.    No. 15-2224

Carlo J. Marinello, II,

*Defendant - Appellant.*

_____

In light of the Supreme Court's decision in *Marinello v. United States*, 138 S.Ct. 1101 (2018) it is hereby ORDERED that the mandate is recalled and the case is reinstated. It is further ORDERED that this case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The mandate shall issue forthwith.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

[1] Judge Katherine Polk Failla, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 05/02/2018